UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:24-cr-72/TKW

CHAVON LAMAR COWARD
_____/

## REVOCATION AND ORDER OF DETENTION

On August 20, 2024, Defendant was indicted by the grand jury of two counts of distribution of fentanyl and two counts of distribution of methamphetamines and fentanyl. Defendant appeared before the Court October 24, 2024 for his initial appearance and the Government did not move for detention. Thus, the Defendant was released on conditions, including the following conditions: (1) Defendant not use or possess controlled substances, (2) Defendant be subjected to random drug testing, and (3) Defendant be subjected to GPS monitoring.

On December 9, 2024, a petition for action on conditions of release was filed against Defendant alleging he engaged in the following violations: (1) submitting a false or tampered urine sample; (2) admitting to having tampered with drug testing by flushing his system before a November 19 and December 2 drug screens; and (3) admitting to using and testing positive for oxycodone on December 4. Defendant had his initial appearance on that petition on December 11, 2024, and the Government moved to revoke Defendant's pretrial release.

On December 16, 2024 the Court held a detention hearing pursuant to the Bail Reform Act of 1984, 18 U.S.C. § 3141 *et seq.* Defendant appeared with his counsel, Mr. Rabby. At the commencement of the hearing, both Defendant and Mr. Rabby advised the Court that Defendant wished to waive the detention hearing.

Accordingly, it is ORDERED:

1. Defendant's pretrial release is REVOKED.

2.	Defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting for serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of any attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding

Entered on December 16, 2024

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**